IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

LOYAL MANTOOTH,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

    Defendant.

Case No. 14-CV-523-FHM

## OPINION AND ORDER

Plaintiff's unopposed Motion for Change of Venue and Transfer of Court File, [Dkt. 6], is before the undersigned United States Magistrate Judge for decision.

The motion is GRANTED. This case shall be transferred from the Northern District of Oklahoma to the Eastern District of Oklahoma.

SO ORDERED this 1st day of October, 2014.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE